#### 21538. HARDIN *v.* KING LUMBER COMPANY.

BROYLES, C. J. 1. The court did not err in any of its rulings upon the pleadings.

2. The verdict was amply authorized by the evidence; and as the motion

for a new trial contained the usual general grounds only, the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 19, 1931.

*Zach Arnold, A. M. Zellner, H. A. Wilkinson,* for plaintiff in error.

*James W. Harris, R. L. Williams, Jr., Bennet & Peacock,* contra.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*